IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |  |
|---|---|---|
| ELAINE ABRAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1098 |
| | ) | |
| AMERICA ONLINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Change of Venue. It appearing to the Court that Plaintiff contractually agreed to a forum selection clause designating the Commonwealth of Virginia as the proper forum for claims or disputes relating to Plaintiff's membership with Defendant, the forum selection clause was validly entered into, and enforcement of the forum selection clause is not unreasonable and unjust, it is hereby

ORDERED that Plaintiff's Motion for Change of Venue is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 19, 2005