**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| _____ )<br>ELAINE ABRAMSON,          )<br>                     )<br>         Plaintiff,     )<br>                     )<br>v.                     )    Civil Action No. 05-1098<br>                     )<br>AMERICA ONLINE,       )<br>INCORPORATED,         )<br>                     )<br>         Defendant.     )<br>_____ ) | |

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinions, it is hereby

ORDERED that Defendant's Motion for Judgment on the Pleadings is GRANTED and this case is DISMISSED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 27, 2006