IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |  |
|---|---|---|
| ELAINE ABRAMSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1098 |
| AMERICA ONLINE, INCORPORATED, | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Amendment to Motion to Quash Memorandum Opinion and Order and Transfer Case. It appearing to the Court that Plaintiff's amendment is more properly construed as an amended motion to reconsider the Court's January 27, 2006, Order and accompanying Memorandum Opinion, and that the specified Order and Memorandum Opinion were correctly decided, it is hereby

ORDERED that Plaintiff's Amendment to Motion to Quash Memorandum Opinion and Order and Transfer Case is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 6, 2006